**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

BRENDA DAVIDSON,                    :

    Plaintiff,                    :

vs.                                 :       CA 16-0516-KD-C

LIBERTY MUTUAL INSURANCE            :
COMPANY,
                                    :
    Defendant.

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 8, 2016 (doc. 16), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is remanded to the Circuit Court of Escambia County, Alabama.

**DONE** this 23rd day of December 2016.


 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**